# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>DURAWORKS METALS & HOLDINGS, INC., a Texas corporation; THOMAS P. ALLEN, JR., an individual; THOMAS P. ALLEN, JR., Trustee of the THOMAS P. ALLEN, JR. AND MARY L. ALLEN TRUST; MARY L. ALLEN, an individual; MARY L. ALLEN, Trustee of the THOMAS P. ALLEN, JR. AND MARY L. ALLEN TRUST; ROBERT SPAAK, an individual; ROBERT SPAAK, Trustee of THE ROBERT SPAAK AND VALERIE J. SPAAK REVOCABLE TRUST DATED DECEMBER 5, 2001; VALERIE J. SPAAK, an individual; VALERIE J. SPAAK, Trustee of THE ROBERT SPAAK AND VALERIE J. SPAAK REVOCABLE TRUST DATED DECEMBER 5, 2001; DON STANLEY, an individual; ROANNE STANLEY, an individual; DOES 1 TO 60,<br><br>Defendants. | CASE NO.: 5:15-cv-01426-DSF-SP<br><br>**AMENDED DEFAULT JUDGMENT AGAINST DEFENDANTS DURAWORKS METALS & HOLDINGS, INC.; ROBERT SPAAK, AN INDIVIDUAL; ROBERT SPAAK, TRUSTEE OF THE ROBERT SPAAK AND VALERIE J. SPAAK REVOCABLE TRUST DATED DECEMBER 5, 2001; VALERIE J. SPAAK, AN INDIVIDUAL; AND VALERIE J. SPAAK, TRUSTEE OF THE ROBERT SPAAK AND VALERIE J. SPAAK REVOCABLE TRUST DATED DECEMBER 5, 2001** |

The Clerk's Default Judgment entered herein on September 2, 2015 (Docket No. 42) is hereby amended.

Default Judgment is hereby awarded, and shall be entered, in favor of Plaintiff HARTFORD FIRE INSURANCE COMPANY and against Defendants DURAWORKS METALS & HOLDINGS, INC.; ROBERT SPAAK; ROBERT SPAAK, TRUSTEE OF THE ROBERT SPAAK AND VALERIE J. SPAAK REVOCABLE TRUST DATED DECEMBER 5, 2001; VALERIE J. SPAAK; and VALERIE J. SPAAK, TRUSTEE OF THE ROBERT SPAAK AND VALERIE J. SPAAK REVOCABLE TRUST DATED DECEMBER 5, 2001, jointly and severally, in the following amounts:

| | |
|---|---|
| Principal Amount | $1,260,000.00 |
| Attorney Fees by Schedule | $   28,800.00 |
| Costs of Court | $        858.15 |
| Total Default Judgment | $1,289,658.15 |

The action shall remain pending against Defendants Don Stanley, Roanne Stanley, the Allen defendants, and Does 1 through 60. This Judgment resolves the action only against the defendants named as judgment debtors above.

Dated: _11/18/15       _____
                                        Hon. Dale S. Fischer
                                        United States District Judge

SALAMIRAD, MORROW, TIMPANE & DUNN
A LIMITED LIABILITY PARTNERSHIP