1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>DURAWORKS METALS & HOLDINGS, INC., a Texas corporation; THOMAS P. ALLEN, JR., an individual; THOMAS P. ALLEN, JR., Trustee of the THOMAS P. ALLEN, JR. AND MARY L. ALLEN TRUST; MARY L. ALLEN, an individual; MARY L. ALLEN, Trustee of the THOMAS P. ALLEN, JR. AND MARY L. ALLEN TRUST; ROBERT SPAAK, an individual; ROBERT SPAAK, Trustee of THE ROBERT SPAAK AND VALERIE J. SPAAK REVOCABLE TRUST DATED DECEMBER 5, 2001; VALERIE J. SPAAK, an individual; VALERIE J. SPAAK, Trustee of THE ROBERT SPAAK AND VALERIE J. SPAAK REVOCABLE TRUST DATED DECEMBER 5, 2001; DON STANLEY, an individual; ROANNE STANLEY, an individual; DOES 1 TO 60,<br><br>Defendants. | CASE NO.:  5:15-cv-01426-DSF-SPx<br><br><br><br>**CONSENT JUDGMENT AGAINST DEFENDANTS DON STANLEY AND ROANNE STANLEY** |

SALAMIRAD,
MORROW, TIMPANE &
DUNN
A LIMITED LIABILITY
PARTNERSHIP

Based on the Joint Application for Consent Judgment against Defendants Don Stanley and Roanne Stanley filed herein, Judgment is hereby awarded, and shall be entered, in favor of Plaintiff HARTFORD FIRE INSURANCE COMPANY and against Defendants DON STANLEY and ROANNE STANLEY, jointly and severally, in the following amounts:

| | |
|---|---|
| Principal Amount | $1,260,000.00 |
| Costs of Court | $ 858.15 |
| Attorney Fees | $ 31,000.00 |
| Total Default Judgment | $1,291,858.15 |

The Stanleys' liability under this Judgment shall be joint and several with the liability of other judgment debtors herein, such that Hartford's recovery from any judgment debtor in this action shall be credited against the Stanleys' liability under this Judgment. Post-judgment interest shall accrue in accordance with applicable law.

Enforcement of this Judgment shall be subject to the terms of the Joint Application for Consent Judgment Against Defendants Don Stanley and Roanne Stanley filed herein.

Dated: _1/29/16        _____
                      Hon. Dale S. Fischer
                      United States District Judge

- 2 -